UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF

Case No. 8:17-mj-1110-JSS

JAVIER MONTALVO-DE JESUS
Material Witness

## APPLICATION FOR ISSUANCE OF A
## MATERIAL WITNESS WARRANT

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, makes application to this Honorable Court pursuant to 18 U.S.C. § 3144, for issuance of a material witness warrant for the arrest of JAVIER MONTALVO-DE JESUS, whose testimony is material in the trial of United States v. Luis Miguel Moran-Martinez, Case No. 8:16-cr-430-T-35TBM. It will otherwise be impracticable to secure the presence of this witness at trial.

The factual basis for this application is set forth in the attached affidavit.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By _____
LISA M. THELWELL
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lisa.thelwell@usdoj.gov

\\usaflmsfile21.usa.doj.gov\Users\_Cases\Criminal Cases\M\Moran-Martinez, Luis_2016R01746_LYT\p_Material Witness Warrant.docx

2

## AFFIDAVIT IN SUPPORT OF MATERIAL WITNESS WARRANT

I, Robert Vadasz, being duly sworn, hereby depose and state as follows:

1. I have been employed as a United States Border Patrol Agent with the United States Border Patrol since May 10, 1998, and have been assigned to the United States Border Patrol Station in Tampa, Florida as a Border Patrol Agent since May 2005.

2. In my capacity as a Border Patrol Agent, I am charged with enforcing United States immigration laws, both administrative and criminal sections of the law. I am a federal law-enforcement officer with the authority to execute arrest warrants and search warrants under the authority of the United States.

3. The statements contained in this affidavit are based on my personal experience and observations and those of other agents. This affidavit does not contain every fact regarding the investigation, but does document the probable cause to issue a material witness warrant for Javier Montalvo-De Jesus ("MONTALVO-DE JESUS"), in the case of the <u>United States v. Luis Miguel Moran-Martinez</u>, case number 8:16-cr-430-T-35TBM. Mr. Moran-Martinez's case is currently set for jury trial before the Honorable Mary S. Scriven, United States District Judge, for the March trial term, which commences on February 27, 2017. For the reasons set forth below, I have probable cause to believe that MONTALVO-DE JESUS's, testimony is material to a criminal proceeding that is, the trial of the Mr. Moran-Martinez, and that it is impracticable to secure the presence of MONTALVO-DE JESUS by subpoena. MONTALVO-DE JESUS is a citizen and national of Mexico, previously

removed from the United States, illegally present in the United States, and will be removed from the United States if he is not held in federal custody.

4. I submit only those facts believed to be relevant to the determination of probable cause, and this affidavit should not be construed as a complete statement of all the facts of the investigation.

## FACTS AND CIRCUMSTANCES

5. On or about August 11, 2016, Border Patrol Agents assigned to the Tampa, Florida Station were engaged in highway operations in search of alien-smuggling loads from outside of Florida entering the area of operation for the Tampa Border Patrol Station. At that time, I was parked in the center median of Interstate 75 in the vicinity of mile marker 305, near Brooksville, Florida. I then observed a 2003, black Ford F-150, 1500 truck, bearing Texas license plates, traveling southbound.

6. I followed and observed the vehicle for approximately 14 miles and then conducted a vehicle stop of the truck. The truck yielded in the southbound lanes of Interstate 75 near mile marker 291. This area is located in Pasco County, Florida which is located within the Middle District of Florida.

7. I approached the truck and identified myself as a United States Border Patrol Agent. The truck contained a total of two occupants. The driver was identified as Luis Miguel Moran-Martinez ("Moran-Martinez"). The passenger was identified as MONTALVO-DE JESUS.

2

8. MONTALVO-DE JESUS was determined to be a citizen and national of Mexico illegally present in the United States.

9. Initially, MONTALVO-DE JESUS stated that he and the driver (Moran-Martinez) had been friends for years and that Moran-Martinez was taking him to visit his brother in Fort Myers.

10. Upon further questioning, MONTALVO-DE JESUS admitted that the first time he had attempted to illegally enter the United States was on or about July 28, 2016. Records checks conducted at the roadside revealed that MONTALVO-DE JESUS had been apprehended by Border Patrol agents and had been removed to Mexico on or about July 29, 2016.

11. MONTALVO-DE JESUS further stated that, on this occasion, his family had made financial arrangements with an alien smuggler in Laredo, Texas to be smuggled to Florida for a fee, but he stated that he had not been sure of the amount. MONTALVO-DE JESUS stated that he had been smuggled into the United States near Laredo, Texas and that various load drivers had transported him to Austin, Texas where he was handed over to the driver of truck (Moran-Martinez) to be transported to his final destination in Florida.

12. MONTALVO-DE JESUS stated that he had been smuggled with three other illegal aliens from Mexico to Austin, Texas. MONTALVO-DE JESUS stated that Moran-Martinez had already delivered the other three illegal aliens to various locations and that MONTALVO-DE JESUS was the last to be delivered to his destination.

13. MONTALVO-DE JESUS stated that he lied when initially questioned because Moran-Martinez had coached him on what to say if they were stopped by law enforcement.

14. Both of the occupants were taken into administrative custody and transported to the Tampa Border Patrol Station for processing and further investigation.[1] Records checks and fingerprint queries were conducted through all pertinent indices. Records revealed that MONTALVO-DE JESUS was previously assigned A# 209 336 975 and FBI# 67777AD5L. Further records checks confirmed that MONTALVO-DE JESUS had been processed for Expedited Removal and had been ordered removed from the United States on July 28, 2016 in Laredo, Texas. MONTALVO-DE JESUS was deported to Mexico through the Laredo, Texas Port of Entry on July 29, 2016 and did not have permission to reenter the United States.

15. Moran-Martinez was indicted with one count of transporting MONTALVO-DE JESUS for private financial gain in violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

---

1. Montalvo-De Jesus is currently in the custody of the Tampa Border Patrol pending removal proceedings.

4

## CONCLUSION

16. Based on the foregoing, probable cause exists to issue a material witness warrant for Javier MONTALVO-DE JESUS. His testimony is material to a criminal proceeding, that is the jury trial in the case of the <u>United States v. Luis Miguel Moran-Martinez</u>, case number 8:16-cr-430-T-35TBM, and that it is impracticable to secure MONTALVO-DE JESUS's presence at trial through a subpoena because he is a citizen and national of Mexico, previously removed from the United States, illegally present in the United States, and who will be removed from the United States if he is not detained in federal custody.

FURTHER AFFIANT SAYETH NAUGHT.

Robert M. Vadasz
Border Patrol Agent

Subscribed and sworn before me
This __7__ day of February 2017

JULIE S. SNEED
United States Magistrate Judge

\\usaflmsfile21.usa.doj.gov\Users\_Cases\Criminal Cases\M\Moran-Martinez, Luis_2016R01746_LYT\x_Affidavit for Matieral Witness Warrant.doc