UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:17-mj-01110-JSS-1

JAVIER MONTALVO DE JESUS
_____/

# ORDER

THIS MATTER is before the Court upon the Government's motion to detain Defendant for a reasonable period of time to obtain witness statements. Defendant is before the Court having been arrested as a material witness in a case involving the illegal transportation of illegal aliens. *United States of America v. Luis Miguel Moran-Martinez*, 8:16-cr-00430-MSS-TBM-1 (M.D. Fla. 2016). The Government seeks Defendant's detention for a reasonable period of time to obtain witness statements. By the Government's proffer and the agent's affidavit in support of the arrest warrant, Defendant is an illegal alien who, at the time of his seizure, was being transported by individuals who are subject to prosecution under 8 U.S.C. § 1324(a). The Government asserts that Defendant's detention is appropriate in the case in that evidence suggests that at the time of his seizure, Defendant was being held against his will and the Government seeks witness statements concerning the same. Because Defendant is unlawfully within the United States and because Immigration and Customs Enforcement has posted a detainer against Defendant, he is subject to the immediate removal from the United States absent an order holding him. Were he to be removed from the United States, it would be impracticable to secure his appearance by subpoena for future testimony. In these circumstances, the matter of bail appears moot, and Defendant does not

challenge his detention. Accordingly, in accordance with 18 U.S.C. § 3144, it is hereby **ORDERED** that Defendant will be held for a reasonable period of time as a material witness.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the U.S. Marshal or other federal agent for the purpose of an appearance in connection with any grand jury proceeding, deposition, or other court proceeding.

**DONE** and **ORDERED** in Tampa, Florida, on February 7, 2017.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Marshal
United States Pretrial Services